IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY MURPHY, )<br>          )<br>    Plaintiff, )<br>          )<br>    v. )<br>          )<br>ROBERT CARSWELL, in his )<br>Official and Individual )<br>Capacity, and MAVIS TIRE )<br>SUPPLY, LLC, d/b/a Express )<br>Oil Change, )<br>          )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:26cv129-MHT<br>(WO) |

OPINION

Plaintiff, who is proceeding in forma pauperis, filed this lawsuit asserting claims of employment discrimination and retaliation against his former employer and supervisor. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims under the Age Discrimination in Employment Act of 1967 and the Americans with Disabilities Act of 1990 be dismissed without prejudice as unexhausted; that all claims

against defendant Robert Carswell be dismissed without prejudice; that any claims against Express Oil Change LLC be dismissed without prejudice; and that plaintiff's Title VII claims for national origin discrimination, religious discrimination, and retaliation be permitted to proceed against defendant Mavis Tire Supply LLC d/b/a Express Oil Change. Plaintiff filed a notice that he has no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order will be entered.

DONE, this the 26th day of May, 2026.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE

2