IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY MURPHY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:26cv129-MHT |
| | ) | (WO) |
| ROBERT CARSWELL, in his | ) | |
| Official and Individual | ) | |
| Capacity, and MAVIS TIRE | ) | |
| SUPPLY, LLC, d/b/a Express | ) | |
| Oil Change, | ) | |
| | ) | |
|    Defendants. | ) | |

**DISMISSAL ORDER AND JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 15) is adopted.

(2) Plaintiff's claims under the Age Discrimination in Employment Act of 1967 and the Americans with Disabilities Act of 1990 are dismissed without prejudice as unexhausted.

(3) Plaintiff's claims against defendant Robert Carswell are dismissed without prejudice, and defendant Carswell is terminated as a party to this action.

(4) Plaintiff's claims against Express Oil Change LLC are dismissed without prejudice, and said defendant is terminated as a party to this action.

(5) This case is referred back to the United States Magistrate Judge for further proceedings on plaintiff's Title VII claims for national origin discrimination, religious discrimination, and retaliation against defendant Mavis Tire Supply LLC d/b/a Express Oil Change.

DONE, this the 26th day of May, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2